## John H. Wetzel and Nora E. Wetzel, Appellees, v. Charles Pruitt, Appellant.

opinion filed March 1, 1941. Henry B. Eaton, for appellant; Terry, Gueltig & Powell, for appellees. Opinion by JUSTICE DADY. "Not to be published in full."